**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x  Civil Action No.: CV-05-753 (ARR)(KAM)

UNITED STATES OF AMERICA, §
                          §
            Plaintiff,    §
  - against-              §
                          §
JOHN NARAINE, aka         §
JOHN MARAINE              §
            Defendant.    §
------------------------------------------------------------x

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★        10 2005        ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because John Naraine failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from John Naraine:

**Claim No. C-115069W**

| | |
|---|---|
| Principal Balance: | $2,813.01 |
| Total Interest Accrued at 8.000%: | $3,345.05 |
| Filing and Service of Process: | ~~$280.00~~ |
| Subtotal: | ~~$$6,438.06~~ |
| Attorney's Fees: | $ |
| Total Owed: | $6,158.06 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        June 10, 2005

                                    ~~Allyne R. Ross~~  Clerk of Court
                                    ~~United States District Judge~~